UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DOUGLAS EVNAS, ) | |
| ) | |
| Movant, ) | |
| ) | No. 3-15-00057 |
| v. ) | Senior Judge Haynes |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 16) that Movant's § 2255 claim is barred by the statute of limitations. Movant filed an objection (Docket Entry No. 19) that the Court has considered.

After de novo review, the Report and Recommendation is **ADOPTED**, and this action is **DISMISSED with prejudice**. The Court **DECLINES** to issue a Certificate of Appealability under 28 U.S.C. § 2253(c).

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the _11_ day of May, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge